# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| AMIR CHARNIS, | ) | |
| Plaintiff(s), | ) | 2:07-cv-0623-RLH-GWF |
| vs. | ) | **O R D E R** |
| WATERSPORT PRO, LLC, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendation of United States Magistrate Judge (#50, filed October 23, 2008), entered by the Honorable George W. Foley, regarding Defendants' Motion for Sanctions (including dismissal) (#43, 46). No objection was filed to Magistrate Judge Foley's Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendation of Magistrate Judge Foley should be accepted and adopted.

1

1   IT IS THEREFORE ORDERED that Magistrate Judge's Findings and Recommenda-
2   tion (#50) is ACCEPTED and ADOPTED, Defendants' Motion for Sanctions is denied with
3   respect to the request for dismissal.  The remainder of the Order will stand.
4   Dated: November 19, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**